UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| OGLE SCHOOL MANAGEMENT, LLC; TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC,<br><br>Plaintiffs<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS THE UNITED STATES SECRETARY OF EDUCATION,<br><br>Defendants. | Civil Action No. 4:24-cv-000259-O |

## ORDER

Before the Court is the Notice of Briefing Schedule (ECF No. 14). The Court **ORDERS** that:

- Defendants' response to Plaintiffs' motion is due April 12, 2024. Defendants shall be permitted to file a 44-page response brief.

- Plaintiffs' reply in support of their motion is due April 24, 2024. Plaintiffs shall be permitted to file a 20-page reply brief.

**SO ORDERED** on this **26th day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE