UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| OGLE SCHOOL MANAGEMENT, LLC; TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC, <br><br>*Plaintiffs*, <br><br>v. <br><br>U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the United States Secretary of Education, <br><br>*Defendants*. | No. 4:24-cv-259-O |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs Ogle School Management, LLC and Tricoci University of Beauty Culture, LLC seek review under the Administrative Procedure Act of a final rule promulgated by Defendant U.S. Department of Education. *See* Dkt.1. Because the rule required Plaintiffs to expend resources collecting and reporting various pieces of information to the government on or before July 31, 2024, Plaintiffs filed a motion for a preliminary injunction and requested a decision by May 20, 2024. *See* Dkt.4, 5-1. On March 26, 2024, the Court adopted the parties' jointly proposed briefing schedule for that motion. *See* Dkt.15. That schedule roughly tracked the default briefing schedule set by Local Rule 7.1(e)–(f), with briefing to conclude by April 24, 2024. *See id.*

On March 29, 2024, the government extended the July 31 reporting deadline to October 1, 2024. *See* Federal Student Aid, *Timeline of Financial Value Transparency and Gainful Employment Reporting Requirements*, https://perma.cc/YDC5-998D. In light of that development, the parties have conferred and jointly move to modify the briefing schedule for Plaintiffs' motion for a preliminary injunction as follows:

- **May 3, 2024:** Defendants' response to the motion due.

- **May 24, 2024:** Plaintiffs' reply in support of the motion due.

In further support of the proposed modification of Defendants' current April 12, 2024 deadline, undersigned counsel for Defendants indicates she has a hearing scheduled on April 8, 2024, requiring travel to Riverside, California through April 9, 2024; and the same agency personnel assigned to this case are currently working on preparing the administrative record in *American Association of Cosmetology Schools v. U.S. Department of Education*, No. 4:23-cv-1267-O (N.D. Tex.), a case related to this one, in which Defendants have agreed to submit the administrative record by April 30, 2024.

For the reasons stated in their original motion, Plaintiffs continue to respectfully request a decision on the motion at the Court's earliest convenience, following the conclusion of briefing and no later than July 1, 2024.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| Paul D. Clement, VA Bar #37915<br>   (pro hac vice pending)<br>Andrew C. Lawrence, VA Bar #99830<br>   (pro hac vice pending)<br>Kevin Wynosky*, PA Bar #326087<br>   (pro hac vice forthcoming)<br>Chadwick J. Harper*, DC Bar #90003325<br>   (pro hac vice pending)<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>paul.clement@clementmurphy.com<br>andrew.lawrence@clementmurphy.com<br>kevin.wynosky@clementmurphy.com<br>chad.harper@clementmurphy.com<br><br>*Supervised by principals of the firm who are<br> members of the Virginia bar | s/Cole Ramey<br>Cole Ramey, TX Bar #16494980<br>Christin Jones, TX Bar #24070017<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>2001 Ross Avenue<br>Suite 4400<br>Dallas, TX 75201<br>(214) 922-7126<br>cramey@ktslaw.com<br>cjones@ktslaw.com |

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov

*Counsel for Defendants*

April 5, 2024

3