UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| OGLE SCHOOL MANAGEMENT, LLC; TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC,<br><br>　　Plaintiffs<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS THE UNITED STATES SECRETARY OF EDUCATION,<br><br>　　Defendants. | §§§§§§§§§§§§§§§§§<br><br>Civil Action No. 4:24-cv-000259-O |

## ORDER

Before the Court is the parties' joint motion to modify the briefing schedule (ECF No. 16).

For good cause shown, the Court **ORDERS** that:

- Defendants' response to Plaintiffs' motion is due May 3, 2024.
- Plaintiffs' reply in support of their motion is due May 24, 2024.

**SO ORDERED** on this **9th day** of **April, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE